**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR GOMEZ ARAUJO, | ) NO. CV 12-7741-GAF (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JANET NAPOLITANO, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 18, 2012.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE